UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 15-04237 |
| --- | --- | --- |
| KEVIN L. KRIZIZKE & CINDY B. | ) | |
| KRIZIZKE FKA CINDY B. HOMLER | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Wells Fargo Bank, NA, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Wells Fargo Bank, NA and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 717 Crest Avenue, Schaumburg, IL 60193.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: June 15, 2015

**Prepared by:**

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 15-0346